UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GEORGE NIEVES,

    Plaintiff,

v.                                       Case No. 5:21-CV-00143-JSM-PRL

NATIONAL CREDIT ADJUSTERS, LLC, &
LEE TYLER REMPEL,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that the Parties have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on August 12, 2021.

                                                      /s/ *Bryan J. Geiger*
                                                      Bryan J. Geiger
                                                      Florida Bar Number: 119168
                                                      Seraph Legal, P. A.
                                                      1614 N. 19th St.
                                                      Tampa, FL 33605
                                                      (813) 321-2348
                                                      BGeiger@SeraphLegal.com
                                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2021 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice to:

**Charles J. McHale, Esq.**
Golden Scaz Gagain, PLLC
1135 Marbella Plaza Drive
Tampa, Florida 33619
cmchale@gsgfirm.com
Counsel for Defendants

*/s/ Bryan J. Geiger*
Bryan J. Geiger, Esq.
FL Bar # 119168